IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CRAIG A. WASHINGTON, AND OTHERS SIMIARLY SITUATED INDIVIDUALS<br>Plaintiffs,<br><br>v.<br><br>THE STATE BAR OF TEXAS; ITS BOARD OF DIRECTORS; THE COMMISSION FOR LAWYER DISCIPLINE; JUDITH DEBERRY; TANYA GALINGER; AND GEORGE GALLAGHER<br>Defendants, | § § § § § § § § § § § § § § § § | Case No. 1:23-cv-00526-JRN<br><br>JURY DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANTS COMMISSION FOR LAWYER DISCIPLINE AND TAYNA GALINGER'S MOTION TO DISMISS**

**To the Honorable District Judge and Jury of Said Court:**

Plaintiff, Craig A. Washington, makes this RESPONSE to Defendant Commission for Lawyer Discipline and Defendant Galinger's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and shows the following:

1. The State Bar of Texas is not an Agency of The State. The Commission for Lawyer Discipline is an organ of the State Bar of Texas.

2. The State Bar of Texas is a judicial agency operating under the authority and rules of the State Bar Act and The Texas Supreme Court.

3. The State Bar is a mandatory unified bar organization and all licensed attorneys must be members to be eligible to practice law in Texas.

4. The employees of the State Bar of Texas, such as Ms. Galinger, are not State

Employees. They are not compensated with State funds.

5. Defendant Galinger cannot join the Texas Retirement System, such as, they are not compensated by funds appropriated by the Texas Legislature and the Comptroller of Public Accounts does not send a State Warrant as her compensation.

6. The State Bar of Texas is funded by it's members as the following attached Exhibit A shows.

## IMMUNITY

1. Amendment VII (Rights in civil cases), declares in part:

    "In suits at common law........".

2. "Common Law" is defined as "..Judge made law, or case law, is the body of law CREATED by Judges and quasi-judicial tribunals by virtue of being stated in written opinions". [Emphasis added], Black's Law Dictionary, Southern Pacific Company v. Jensen, 244 U.S. 205, 222 (1917); Marbury v. Madison, 5 U.S. 137 (1803).

3. "Immunity" is a creature of the Common Law, i.e. "activist-Judge-made law and not created by any statutory law.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays Defendants Galinger and Commission for Lawyer Discipline motions to dismiss be denied.

    Respectfully submitted,

BY: /S/*Timberly Davis*
**TIMBERLY J. DAVIS**
State Bar No. 24040772
19901 Southwest Freeway
Sugarland, Texas 77479
(832) 449-3055 – Telephone
(972) 499- 9264 – Fax
timberly@tjdavislawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure through the Court's CM/ECF system on July 24, 2023 to all known parties.

/s/Timberly J. Davis
**Timberly J. Davis**