members, including six attorney members appointed by the State Bar president, and six non-attorney public members appointed by the Supreme Court. The State Bar president designates the chair of the commission.

- **Funding.** The State Bar spent about $38.4 million in fiscal year 2014–2015.[2] The agency receives no legislative appropriations and is funded mostly through fees, such as membership dues and continuing education course revenue.[3] In fiscal year 2014–2015, the State Bar collected nearly $48.1 million in revenue. Though the State Bar is not subject to standard legislative appropriations oversight, the Supreme Court reviews and approves the agency's budget after a public hearing process required by the State Bar Act.[4] The agency maintains a reserve fund, which had a balance of about $9.1 million at the end of fiscal year 2014–2015. The pie charts show the types and amounts of revenue the agency collected and how the agency spent that money in fiscal year 2014–2015.

**EXHIBIT A**



*State Bar Revenue*
*FY 2014–2015*

- Member Dues, $23,846,772 (49%)
- Other*, $2,230,187 (5%)
- Attorney Discipline Revenue, $324,395 (1%)
- Advertising and Subscriptions, $854,737 (2%)
- Minimum Continuing Legal Education Compliance $3,034,894 (6%)
- Continuing Legal Education Courses $13,430,585 (28%)
- Sales, Royalties, and Sponsorships, $4,351,426 (9%)

**Total: $48,072,996**

\* Includes rental income, investments, grants, and miscellaneous fees.



*State Bar Expenditures*
*FY 2014–2015*

- Promoting Legal Professionalism $16,112,246 (42%)
  - Committees and Other Support $1,687,583 (4%)
  - Communications $2,091,876 (5%)
  - Texas Bar Books $2,903,534 (8%)
  - Texas Bar CLE $9,429,253 (25%)
- Legal Access and Education $4,106,170 (11%)
- Public Protection $11,673,342 (30%)
  - Minimum CLE Compliance, $532,688
  - Client Security Fund, $623,053
  - Texas Lawyers' Assistance Program $318,640
  - Office of the Chief Disciplinary Counsel $8,716,852
  - Attorney Advertising Review, $163,081
  - Membership, $799,228
  - Client-Attorney Assistance Program $519,800
- Operations/Administration $6,471,164 (17%)

**Total: $38,362,922**