**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CRAIG A. WASHINGTON, AND | § | |
| OTHERS SIMIARLY SITUATED | § | |
| INDIVIDUALS | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:23-cv-00526-JRN |
| | § | |
| THE STATE BAR OF TEXAS; | § | JURY DEMANDED |
| ITS BOARD OF DIRECTORS; | § | |
| THE COMMISSION FOR LAWYER | § | |
| DISCIPLINE; JUDITH DEBERRY; | § | |
| TANYA GALINGER; AND GEORGE | § | |
| GALLAGHER | § | |
| Defendants, | § | |
| | § | |

**MOTION TO SHOW AUTHORITY, AND MOTION FOR SUBMISSION OF**
**CERTIFIED QUESTIONS TO THE TEXAS SUPREME COURT**

**To The Honorable Judge of Said Court:**

Comes Now, Plaintiff and moves The Court to require The Texas Attorney

General to show his authority to appear and represent GEORGE

GALLAGHER in his *individual capacity* for the following reasons:

1. George Gallagher is sued both in his official capacity and as an individual.

2. The Attorney General of Texas has appeared and answered Plaintiff's Original
   Complaint attempting to represent GEORGE GALLGHER in his Official Capacity
   and in his individual capacity.

3. The Constitution of Texas prohibits any gift of public funds, and The Attorney
   General of Texas is appropriated.

4.  Moreover, it is a conflict of interest to attempt to represent GEORGE
    GALLAGHER in both capacities.

5.  The Supreme Court of Texas is the final arbiter and decider of public funds as set
    out in Article III, Sec. 52.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court:

A.  Declare that the Texas Attorney General cannot appear and represent GEORGE
    GALLAGHER in his individual capacity OR,

B.  Certify the question to the Texas Court for resolution and decision.


Respectfully submitted,

BY:  /S/*Timberly Davis*
**TIMBERLY J. DAVIS**
State Bar No. 24040772
19901 Southwest Freeway
Sugarland, Texas 77479
Tel:(832) 449-3055
Fax: (972) 499-9264
timberly@tjdavislawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served in accordance
with the Federal Rules of Civil Procedure upon all Defendants by CM/ECF on July 31,
2023.


*/s/Timberly J. Davis*
**Timberly J. Davis**