IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CRAIG A. WASHINGTON, AND OTHER SIMULARLY SITUATED INDIVIDUALS**<br>　　*Plaintiff*,<br><br>v.<br><br>**THE STATE BAR OF TEXAS; ITS BOARD OF DIRECTORS; THE COMMITTEE ON LAWYER DISCIPLINE; JUDITH DEBERRY; JANE DOE; AND GEORGE GALLAGHER**<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Case No. 1:23-CV-0526-JRN |

### ADVISORY TO THE COURT REGARDING JUDGE GEORGE GALLAGHER'S MOTION TO DISMISS

TO THE HONORABLE JAMES R. NOWLIN:

NOW COMES Defendant Judge George Gallagher ("Judge Gallagher"), and files this Advisory to the Court regarding his Motion to Dismiss.

### I.   **INTRODUCTION**

Craig A. Washington ("Plaintiff") filed an amended complaint naming a number of people involved with his state court attorney disciplinary proceedings, including Judge Gallagher, who is sued in both *individual and official capacities*. (Doc. 1, ¶ 7). Plaintiff alleges Constitutional violations actionable under 42 U.S.C. § 1983 and the Texas Constitution. (Doc. 1, ¶¶ 32-36).

On July 7, 2023, Judge Gallagher filed his Motion to Dismiss, demonstrating how Plaintiff fails to overcome barriers to jurisdiction, including Judicial and Eleventh Amendment Immunity,

the *Rooker-Feldman* Doctrine, lack of standing for Plaintiff's suit, and because of Plaintiffs failure to state a claim for relief which this Court could provide. (Doc. 12).

Plaintiff has filed no Response in opposition. Plaintiff does not present any legal authority or argument to dispute that is presented by Judge Gallagher.

## II.   DISMISSAL IS UNOPPOSED

If a plaintiff is opposed to dismissal of his claims, he must file a response, and that "response must contain a concise statement of the reasons for opposition to the motion and citations of the legal authorities on which the party relies." LOCAL RULE CV-7(D)(1). If Plaintiff does not file a response within 14 days containing his reasons for opposition to the motion and the legal authorities on which he relies, "the court may grant the motion as unopposed." LOCAL RULE CV-7(D)(2) ("If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed").

Judge Gallagher has presented legal and factual reasons why the Plaintiff's lawsuit should be dismissed, including jurisdictional barriers and failure to state a claim on which relief can be granted. (Doc. 12). After seven (7) weeks, Plaintiff has filed no response.

Because it is Plaintiff's burden to establish the Court's subject matter jurisdiction and plead a claim on which relief can be granted, and because he has failed to do so or oppose a motion to dismiss which identifies those issues specifically, this Court should dismiss the lawsuit as unopposed. FED. R. CIV. P. 12(b)(1) and (6); LOCAL RULE CV-7(D)(2).

## III.   CONCLUSION

This Court should dismiss Plaintiff's claims against Judge Gallagher. Jurisdictional barriers prohibit Plaintiff's suit, Judge Gallagher has sovereign and judicial immunity to Plaintiff's claims, and Plaintiff has failed to state a claim on which relief may be granted.

WHEREFORE, Defendant Judge George Gallagher prays that Plaintiff takes nothing by his suit.

        Respectfully submitted,

        ANGELA COLMENERO
        Provisional Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant General

        JAMES LLOYD
        Acting Deputy Attorney General for Civil Litigation

        KIMBERLY GDULA
        Deputy Chief, General Litigation Division

        RYAN KERCHER
        Deputy Chief, General Litigation Division

        /s/ Scot M. Graydon
        SCOT M. GRAYDON
        Assistant Attorney General
        Texas Bar No. 24002175
        OFFICE OF THE ATTORNEY GENERAL
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120 / Fax (512) 320-0667
        Scot.Graydon@oag.texas.gov

        *ATTORNEYS FOR DEFENDANT JUDGE GEORGE GALLAGHER*

## CERTIFICATE OF SERVICE

  I certify that a copy of the above *Advisory to the Court Regarding Judge George Gallagher's Motion to Dismiss* was served on the **24th day of August, 2023**, upon all parties who have entered an appearance, using the CM/ECF system.

              <u>/s/ Scot M. Graydon</u>
              **SCOT M. GRAYDON**
              Assistant Attorney General