IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CRAIG A. WASHINGTON, AND OTHERS SIMIARLY SITUATED INDIVIDUALS<br>  Plaintiffs,<br><br>   v.<br><br>THE STATE BAR OF TEXAS;<br>ITS BOARD OF DIRECTORS;<br>THE COMMISSION FOR LAWYER DISCIPLINE; JUDITH DEBERRY; TANYA GALINGER; AND GEORGE GALLAGHER<br>  Defendants, | Case No. 1:23-cv-00526-JRN<br><br>JURY DEMANDED |

## **MOTION TO STRIKE DEFENDANT GALLAGHER'S MOTION TO DISMISS AND ADVISORY TO THE COURT**

**To The Honorable Judge of Said Court:**

Comes Now, Plaintiff and moves This Honorable Court to:

1. STRIKE Defendant Gallagher's Motion to Dismiss, [Doc 12]

2. STRIKE Defendant Gallagher's "Advisory to the Court'. [Doc 16],

And for cause would show:

A. Defendant Gallagher, in his individual capacity, is illegally attempting to use The Texas Attorney General's Office and PUBLIC FUNDS to which he is NOT entitled to use to pay his legal expenses because the same would be a gift of public funds in violation of the Texas Constitution and laws.

Respectfully submitted,

BY: /S/*Timberly Davis*
**TIMBERLY J. DAVIS**
State Bar No. 24040772
19901 Southwest Freeway
Sugarland, Texas 77479
Tel:(832) 449-3055
Fax: (972) 499-9264
timberly@tjdavislawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served in accordance with the Federal Rules of Civil Procedure upon all Defendants by CM/ECF on August 30, 2023.

*/s/Timberly J. Davis*
**Timberly J. Davis**