IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CRAIG A. WASHINGTON, AND OTHERS SIMIARLY SITUATED INDIVIDUALS<br>  Plaintiffs,<br><br>  v.<br><br>THE STATE BAR OF TEXAS; ITS BOARD OF DIRECTORS; THE COMMISSION FOR LAWYER DISCIPLINE; JUDITH DEBERRY; TANYA GALINGER; AND GEORGE GALLAGHER<br>  Defendants, | Case No. 1:23-cv-00526-JRN<br><br>JURY DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANT
GALLAGHER'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

To The Honorable Judge of Said Court:

Now Comes Plaintiff and files this response to Defendant Gallagher's Response to Plaintiff's Motion to Strike and shows as follows:

Plaintiff moved to Strike because Defendant Gallagher did not wait upon This Honorable Court to Rule on his Motion to Show Authority or certify the question presented.

Respectfully submitted,

BY: /S/*Timberly Davis*
**TIMBERLY J. DAVIS**
State Bar No. 24040772

19901 Southwest Freeway<br>
Sugarland, Texas 77479<br>
Tel:(832) 449-3055<br>
Fax: (972) 499-9264<br>
timberly@tjdavislawfirm.com

### **CERTIFICATE OF CONFERENCE**

I certify that a copy of this response has been emailed to Attorney Scot Graydon at scot.graydon@oag.texas.gov by my office on September 6, 2023 and Attorney Graydon is **opposed** to the filing of this response.

<i>/s/Timberly J. Davis</i><br>
<b>Timberly J. Davis</b>

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served in accordance with the Federal Rules of Civil Procedure upon all Defendants by CM/ECF on September 6, 2023.

<i>/s/Timberly J. Davis</i><br>
<b>Timberly J. Davis</b>