FILED
September 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CRAIG A. WASHINGTON,** *Plaintiff* | § § § |
| VS | § § Case No. A-23-CV-526-JRN |
| **STATE BAR OF TEXAS, JUDITH GRES DEBERRY; GEORGE GALLAGHER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; TANYA GALINGER, IN HER OFFICIAL AND INDIVIDUAL CAPACITY; THE COMMISSION ON LAWYER DISCIPLINE, THE STATE BAR BOARD OF DIRECTORS,** *Defendants* | § § § § § § § § § § § |

**ORDER**

Before the Court is the above-entitled and styled cause of action. Defendant Tanya Galinger appeared in court on June 21, 2023. (Dkt. 7).

Per Local Rule CV-16(c), "[n]ot later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court in the form described in Section (a). The parties first shall confer as required by Rule 26(f)."

The Parties are instructed to confer regarding the content of the proposed scheduling order and to submit a joint proposed scheduling order using Judge Nowlin's form. This should be done on or before **September 22, 2023**. Judge Nowlin's form can be accessed via the website of the District Court for the Western District of Texas (https://txwd.uscourts.gov), the Judge's Info Tab, Standing Orders, Austin Division.

SIGNED this the 8th day of September 2023.

_____
JAMES R. NOWLIN
SENIOR UNITED STATES DISTRICT JUDGE