IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CRAIG A. WASHINGTON, AND OTHERS SIMIARLY SITUATED INDIVIDUALS<br>   Plaintiffs,<br><br>   v.<br><br>THE STATE BAR OF TEXAS;<br>ITS BOARD OF DIRECTORS;<br>THE COMMISSION FOR LAWYER DISCIPLINE; JUDITH DEBERRY; TANYA GALINGER; AND GEORGE GALLAGHER<br>   Defendants, | §§§§§§§§§§§§§§§§§<br><br>Case No. 1:23-cv-00526-JRN<br><br>JURY DEMANDED |

## MOTION FOR DEFAULT JUDGMENT AGAINST GEORGE GALLAGHER IN HIS INDIVIDUAL CAPACITY

To The Honorable Judge of Said Court:

Now Comes Plaintiff and files this Motion for Default Judgment against George Gallagher in his individual capacity, and for cause would show:

1. Defendant Gallagher was sued in his Individual Capacity and served on July 3, 2023. Please see attached Exhibit A.

2. The Attorney General of Texas has filed an Answer for Defendant Gallagher in his official capacity alleging that Defendant Gallagher is immune from suit. The Court has not

ruled on whether the Attorney General can represent Defendant Gallagher in any capacity as to do so is a gift of public funds which is violation of The Texas Constitution.

3. Thus, no one has answered on behalf of Defendant Gallagher in his individual capacity and the time allowed for him to answer has long since passed.

Respectfully submitted,

BY: /S/*Timberly Davis*
**TIMBERLY J. DAVIS**
State Bar No. 24040772
19901 Southwest Freeway
Sugarland, Texas 77479
Tel:(832) 449-3055
Fax: (972) 499-9264
timberly@tjdavislawfirm.com

## CERTIFICATE OF CONFERENCE

I certify that a copy of this motion has been emailed to Attorney Scot Graydon at scot.graydon@oag.texas.gov by my office on September 14, 2023 and Attorney Graydon did not respond with his position to the filing of this response.

/s/*Timberly J. Davis*
**Timberly J. Davis**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served in accordance with the Federal Rules of Civil Procedure upon all Defendants by CM/ECF on September 15, 2023.

*/s/Timberly J. Davis*
**Timberly J. Davis**