UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CRAIG A. WASHINGTON, AND OTHER SIMILARLY SITUATED INDIVIDUALS,** §§§§<br>*Plaintiff*<br><br>**VS**<br><br>**THE STATE BAR OF TEXAS; ITS BOARD OF DIRECTORS; THE COMMITTEE ON LAWYER DISCIPLINE; JUDITH DEBERRY; JANE DOE; AND GEORGE GALLAGHER,**<br>*Defendants* | Case No. A-23-CV-00526-JRN |

**ORDER**

Before the Court in the above-entitled cause of action is the Report and Recommendation of United States Magistrate Judge Susan Hightower regarding Defendant Tanya Galinger's Motion to Dismiss (Dkt. 7), Defendant Judith Deberry's Motion to Dismiss (Dkt. 8), Defendant The State Bar Board of Directors' Motion to Dismiss (Dkt. 9), Defendant George Gallagher's Motion to Dismiss (Dkt. 12), Plaintiff's Motion to Strike (Dkt. 17), Plaintiff's Motion to Show Authority (Dkt. 14), and Plaintiff's Motion for Default Judgement (Dkt. 25) and the associated response and reply briefs. This Court referred this cause to the United States Magistrate Judge for findings and recommendations. The Magistrate Judge filed her Report and Recommendation on January 25, 2024. Dkt. 30. After a careful and thorough review of the case and the applicable law, the Magistrate Judge recommends that this Court **GRANT** Tanya Galinger's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 7), Defendant Judith DeBerry's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 8), Defendants State Bar of Texas and State Bar Board of Directors' Motion to Dismiss (Dkt. 9), and Defendant Judge George Gallagher's Motion to Dismiss (Dkt. 12)

and **DISMISS** Plaintiff Craig A. Washington's claims against them**.** She further recommends that this Court **DENY** Plaintiff Craig A. Washington's Motion to Show Authority and Motion for Submission of Certified Questions to the Texas Supreme Court (Dkt. 14), Motion to Strike Defendant Gallagher's Motion to Dismiss and Advisory to the Court (Dkt. 17), and Motion for Default Judgment Against George Gallagher in his Individual Capacity (Dkt. 25).

As noted, the Magistrate Judge issued her Report and Recommendation on January 25, 2024, and on the same date, both parties were served with copies of the Report and Recommendation by electronic means. A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C).  Because the Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, and after careful consideration of Plaintiff's Objections (Dkt. 31), the Court overrules the objections and adopts the report and recommendation.

**IT IS THEREFORE ORDERED** that the Court hereby **ADOPTS** the Report and Recommendation that the United States Magistrate Judge has filed in this cause.

**IT IS FURTHER ORDERED** that Tanya Galinger's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 7), Defendant Judith DeBerry's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 8), Defendants State Bar of Texas and State Bar Board of Directors' Motion to Dismiss (Dkt. 9), and Defendant Judge George Gallagher's Motion to Dismiss (Dkt. 12) are **GRANTED**.

**IT IS FINALLY ORDERED** that Plaintiff Craig A. Washington's Motion to Show Authority and Motion for Submission of Certified Questions to the Texas Supreme Court (Dkt.

14), Motion to Strike Defendant Gallagher's Motion to Dismiss and Advisory to the Court (Dkt. 17), and Motion for Default Judgment Against George Gallagher in his Individual Capacity (Dkt. 25) are **DENIED**. This case is **CLOSED**.

SIGNED this 20th day of February, 2024.

                                                            JAMES R. NOWLIN  
                                                            SENIOR U.S. DISTRICT JUDGE